# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 19-04-BLG-SPW |
| **Plaintiff,** | |
| vs. | ORDER |
| **GARY DUANE ERVIN,** | |
| **Defendant.** | |

Pending before the Court is a motion to quash the Writ of Habeas Corpus (*Ad Prosequendum*) and vacate the arraignment hearing currently scheduled for February 12, 2019, at 9:00 a.m. and reset the arraignment date. For good cause shown,

IT IS ORDERED that the Writ of Habeas Corpus (*Ad Prosequendum*) is quashed and the arraignment hearing currently set for February 12, 2019, at 9:00 a.m. is **VACATED**.

IT IS FURTHER ORDERED that the arraignment is rescheduled for **February 21, 2019, at 9:00 a.m.**

1

DATED this 6th day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge